■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HAWKINS, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, et al., Respondents.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus, denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 6) thereof, and as otherwise insufficient on its face. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.